ACCEPTED
12-15-00128-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/21/2015 11:19:36 AM
Pam Estes
CLERK

CAUSE NO. 12-15-00128-CR

| | | |
|---|---|---|
| ROBERT WALKER | § | IN THE COURT OF APPEALS |
| | § | |
| V. | § | 12th JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/21/2015 11:19:36 AM
PAM ESTES
Clerk

## STATE'S MOTION FOR EXTENSION OF TIME FOR FILING OF THE STATE'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes now the State of Texas, and presents its Motion for Extension of Time and for Late Filing of the State's Brief in the above cause, and in support of this motion, would show the Honorable Court the following:

A. The case was originally disposed of by a negotiated guilty plea in the County Court at Law #3 of Smith County, Texas, the Honorable Floyd Getz, judge presiding.

B. The trial court cause number was 003-82609-14, and the case was styled *The State of Texas v. Robert Walker*.

C. Appellant was convicted of the offense of Driving While Intoxicated, 2nd offense and the Court assessed the agreed sentence of two-hundred days in confinement and no fine.

D. On August 17, 2015, Appellant filed a brief. The State's brief was due to be filed in the Court on or before September 16, 2015.

E. There have been two prior extensions of time granted, one each for the filing of the reporter's record and Appellant's brief. There have been no extensions requested or granted to the State.

F.    Pursuant to T.R.A.P. 10.5 (b), the State is seeking the Court's indulgence to order an extension of thirty (30) days to allow the State an opportunity for timely filing its reply brief on or before October 16, 2015.

G.    The facts relied upon to support this request are as follows:

I, Michael West, the undersigned Assistant Criminal District Attorney, am responsible for the Appellate Division in the office.

My office is currently in the middle of a capital murder trial in *State v. James Calvert*, Cause No. 241-1467-12, in the 241st District Court. During the preparation of the State's reply brief in this case I have been asked several times to research issues arising in that trial.

These last two months I have had three capital murder cases to work on. Two cases were set for execution but filed subsequent Art. 11.071 writ applications seeking stays. The pending execution settings required that I take time away from my regular duties to respond to the writ allegations. Additionally it took me six weeks to finish the State's response in *Ex parte Cargill*. I am currently in "catch-up" mode and I certainly appreciate the Court's willingness to allow me additional time to get back on schedule. I apologize for any inconvenience this may have caused the Court.

Since the filing of Appellant's brief I have also had re-direct my attention to completing the following State's responses and have been personally involved in the following trial or appellate division matters:

1.    241-0982-14-A, *Ex parte Raibon*, State's supplemental answer completed on 08/18/15.

2.    12-15-00088-CR, *Lynch v. State*, State's reply brief completed on 08/20/15.

3.    12-15-00059-CR, *Cooks v. State*, State's reply brief completed on 08/21/15.

4.    12-14-00176-CR, *Mumphrey v. State*, State's reply brief completed on 08/26/15.

5.    12-14-00355-CR, *Powell v. State*, State's reply brief completed on 08/28/15.

6. 241-81582-99-A thru 241-81584-99-A, *Ex parte Rosales*, State's proposed findings of fact and conclusions of law completed on 09/02/15.

7. 241-1467-12, *Calvert v. State*, State's proposed findings of fact on motion to suppress recorded oral statement of the defendant completed on 09/02/15.

8. 241-1467-12, *Calvert v. State*, State's response to motion to suppress evidence from defendant's vehicle completed on 09/03/15.

9. 12-14-00158-CR, *Neal v. State*, State's reply brief completed on 09/11/15.

10. 12-15-00055-CR, *Zepeda v. State*, State's reply brief completed on 09/18/15.

11. 1-77-179-A, *Ex parte Cook*, the undersigned has been reviewing the several hundred pages of record in preparation of the State's answer due on 09/30/15.

H. This motion is not being filed purely for purposes of delay, but rather to allow the State to timely respond to Appellant's brief. No further delay will be required as the State's reply brief has been electronically filed with the Court.

I. The State has a great interest in affirming the judgement of the County Court at Law #3 in this case.

**WHEREFORE**, this request is respectfully made that the Court grant the State the opportunity of filing its brief on or before October 16, 2015.

Respectfully submitted

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)

# VERIFICATION

STATE OF TEXAS

SMITH COUNTY, TEXAS

BEFORE ME, the undersigned authority, a notary public in and for the State of Texas, on _September 21, 2015_, personally appeared _Michael West_, representing the State of Texas as Assistant Criminal District Attorney in the above captioned cause, and having been by me first duly sworn, stated that the facts set out in this motion are within his personal knowledge and are true and correct.



NOTARY PUBLIC - State of Texas

JENNIFER LYNN BARFIELD
Notary Public
State of Texas
My Comm. Expires 02-18-2017

# CERTIFICATE OF SERVICE

On _September 21, 2015_, at true and complete copy of this instrument has been electronically served to:

Ms. Beverly Mellontree
Attorney at Law
213 S. Fenton Avenue
Tyler, Texas 75702

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)